Case 4:15-cv-02534 Document 21 Filed in TXSD on 01/13/17 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 13, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHERRY SMOTHERMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-2534 |
| | § | |
| METROPOLITAN LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

FINAL SUMMARY JUDGMENT

Pursuant to the Opinion and Order entered on this day, the Court

ORDERS that FINAL SUMMARY JUDGMENT is GRANTED on all claims in favor of Defendant Metropolitan Life Insurance Company ("MetLife") against Plaintiff Sherry Smotherman ("Smotherman") and MetLife's denial of benefits to under the terms of the Shell Oil Company's Long Term Disability Benefit Plan ("the Plan") is AFFIRMED. Plaintiff shall take nothing and shall bear all costs of court.

THIS IS A FINAL JUDGMENT.

**SIGNED** at Houston, Texas, this 13th day of January, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE